IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-02210-KAS

ALFREDO SOTO-CASTRO,

   Petitioner,

v.


JUAN BALTAZAR, in his official capacity as Warden of the Denver Contract Detention Facility;
GEORGE VALDEZ[1], in his official capacity as Acting Field Office Director, Denver Field Office, U.S. Immigration and Customs Enforcement;
DAVID J. VENTURELLA[2], in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement;
MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; and
TODD BLANCHE[3], in his official capacity as Acting United States Attorney General,

   Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders of Magistrate Judge Kathryn A. Starnella entered on June 2, 2026 (ECF No. 9) and June 15, 2026 (ECF No. 11), it is

---

[1] George Valdez, the Acting Field Office Director for ICE's Denver Field Office, is substituted for Robert Hagan pursuant to Fed. R. Civ. P. 25(d).

[2] David J. Venturella, the Acting Director of U.S. Immigration and Customs Enforcement, is automatically substituted for Todd Lyons pursuant to Fed. R. Civ. P. 25(d).

[3] Todd Blanche, the Acting United States Attorney General, is substituted for Pamela Bondi pursuant to Fed. R. Civ. P. 25(d).

ORDERED that petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is

GRANTED.  It is further

ORDERED that this case will be closed.


DATED at Denver, Colorado this 15th day of  June, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


*s/ Stefanie Jeffries*
Stefanie Jeffries
Deputy Clerk

2